

# VANTAGE POINT
## CLINIC & ASSESSMENT CENTER

May 15, 2018

Peter Reinhardt
Attorney at Law
2919 Schneider Avenue
P.O. Box 260
Menomonie, WI 54751

Re: Elizabeth A. Schultz
DOB: 05/13/1968

The following service was provided by Harlan R. Heinz, Ph.D.:

| | | |
|---|---|---|
| 05/15/2018 | Psychological Evaluation<br>(Review, Intake, Testing, Report) | $2,200.00 |
| | Total Invoice | $2,200.00 |

Synergy Group of Eau Claire, S.C.
dba Vantage Point Clinic
Billing Department
Tax ID # 27-2911227

Please make payable and remit to:    Synergy Group of Eau Claire, S.C.
2005 Highland Avenue
Eau Claire, WI 54701

RECEIVED MAY 17 2018