# INVOICE

| DATE | INVOICE # |
|---|---|
| 5/9/2018 | 18309 |

| MAIL PAYMENT TO: |
|---|
| Red Cedar Consulting<br>P. O. Box 204<br>Menomonie, WI 54751 |

**After 30 days, this invoice may be subject to a 12% interest charge.**

| BILL TO: |
|---|
| Attorney Peter Reinhardt<br>Bakke Norman<br>2919 Schneider Avenue<br>Menomonie, WI 54751 |

**Elizabeth Schultz v. Chippewa County, et al.**                                    Due on Receipt

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 4/19/18 – Opened new file (wrongful discharge) | 0.3 | $150.00 | $45.00 |
| 4/19/18 – Scheduled vocational evaluation | 0.3 | $150.00 | $45.00 |
| 4/19/18 – Received, printed and reviewed materials | .50 | $150.00 | $75.00 |
| 4/20/18 – Scheduled vocational evaluation (5/4/18) | 0.3 | $150.00 | $45.00 |
| 5/4/18 – Loss of earning capacity vocational evaluation | 3.0 | $150.00 | $450.00 |
| 5/4/18 – Research and analysis | 2.0 | $150.00 | $300.00 |
| 5/7/18 – Phone conference with attorney | 0.3 | $150.00 | $45.00 |
| **TOTAL:** | | | **$1,005.00** |

| Federal ID | Office Number | Fax Number | E-mail |
|---|---|---|---|
| 47-0919658 | (715) 231-7525 | (715) 231-7526 | jayrccc@wwt.net |

RECEIVED
MAY 15 2018