# FREDRIC R. KOLB, PH.D.

**PROFESSOR OF ECONOMICS**
**UW MBA CONSORTIUM**
**EMAIL:** kolbfr@uwec.edu

**HOME OFFICE:**
231 S Collier Blvd Unit 101
Marco Island, FL 34145

Phone: 239 259 8515

May 16, 2018

Mr. Peter M. Reinhardt
Attorney at Law
Bakke Norman, SC.
PO Box 280
Menomonie, WI 54751

Dear Attorney Reinhardt:

I am writing to submit my billing to your office for my valuation of the present value of the future vocational/economic loss to Ms. Elizabeth Schultz.

The total time allocated was 1.75 hours. At my hourly billing rate of $240, the balance due is $420.

<u>I would very much appreciate payment so that I would receive it before I leave for Switzerland on May 30th.</u> Otherwise possible loss of mail becomes an issue once the forwarding process is put into place.

I will be available to do any further work from Switzerland.

If you have any questions, please contact me.

Sincerely,

*Fredric R. Kolb*

Fredric R. Kolb, Ph.D.